**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON LOPEZ MARTINEZ,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-03619-SK<br>**JUDGMENT** |

In accordance with the Order Denying First Amended Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice. This court retains jurisdiction, however, over any future claim or action by RAMON LOPEZ MARTINEZ (A# 246 059 834) that he is being held in civil immigration custody within this federal district in violation of federal law under § 2241. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

DATED: October 12, 2026

STEVE KIM
United States Magistrate Judge